797 A.2d 890

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Joseph James D'ALBA, Respondent.**

**No. 182 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 29, 2002.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of April, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 8, 2002, it is hereby

ORDERED that JOSEPH JAMES D'ALBA, be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) months, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.